**FILED**

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SEP - 2 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                  )<br>       Plaintiff,                 )<br>                                  )<br>       v.                         )<br>   *Albert Davala*                )<br>  _____         )<br>       Defendant.                 ) | Case No. __02-308-GEB__<br><br>RELEASE ORDER NO. _____<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  *Albert Davala*

_____, Case No. _____,

Charge _____,

from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

_____ Release on Personal Recognizance

_____ Bail posted in the sum of $_____

_____ Unsecured Appearance Bond

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__✓__ (Other) _____

_____

This release order is not effective until the defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento CA_ on _9-2-05_,

19 ____ at _____ a.m./p.m.

By _____
United States District Judge or
United States Magistrate

Copy 2 - Pre Trial Services