**FILED**

AUG - 7 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )    2:02-cr-00308-GEB
            Plaintiff,           )
                                 )    ORDER FOR RELEASE
      v.                         )    OF PERSON IN CUSTODY
                                 )
ALBERT SAVALA,                   )
                                 )
            Defendant.           )
_____)

TO:   UNITED STATES MARSHAL:

      This authorizes and directs you to release ALBERT SAVALA, Case
No. 2:02-CR-00308GEB, as soon as practicable today.

      Issued in Sacramento, CA on August 7, 2009 at 10:09 a.m.

                          By:_____
                             GARLAND E. BURRELL, JR.
                             UNITED STATES DISTRICT JUDGE

1